THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TEMEL GREENE, Appellant.

Submitted April 2, 2007; decided April 26, 2007

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HILL, Appellant.

Submitted April 2, 2007; decided April 26, 2007

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW JONES, Appellant.

Submitted April 23, 2007; decided April 26, 2007

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.